IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSHUA CACHO, <br> Plaintiff, | § <br> § <br> § | |
| v. | § | EP-23-CV-303-DB |
| RBM INSURANCE, INC., <br> Defendant. | § <br> § <br> § <br> § | |

## FINAL JUDGMENT

On March 13, 2024, the Court granted Plaintiff Joshua Cacho's Motion for Default Judgment. ECF No. 13. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, it is **HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this 14th day of **March 2024**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE