## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **JOSHUA CACHO,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| **RBM INSURANCE, INC.,** | § | Case No. 3:23-CV-00303-DB |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## ORDER FOR DEFAULT JUDGEMENT PURSUANT TO

## FED. R. CIV. P. 55(B)(2)

Defendant RBM Insurance, Inc. was served with summons and Complainti in this action on or about September 5, 2023, and the time for Defendant to appear, answer, or move against the Complaint has expired without an appearance by Defendant; accordingly, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, it is hereby;

ADJUDGED that Plaintiff Joshua Cacho, recover from the Defendant the sum of $158,552.00, the amount claimed plus $402.00 in filing fees, and $150 in services fees, amounting in all to $158,552.00 plus interest on the judgement at the legal rate until the judgement is satisfied, and that the Plaintiff have execution therefore.

SIGNED this __13^th__ day of __March__, 2024.

**JUDGE DAVID BRIONES**
**UNITED STATES DISTRICT JUDGE**